UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY BARNES-BOERS,<br><br>    Plaintiff,<br><br>    v.<br><br>HAROLD D. TOZIER, in his individual and representative capacity as Trustee, Tozier Family Revocable Trust,<br><br>    Defendant. | No. 2:13-cv-01555-MCE-CMK<br><br>**ORDER** |

    Through this lawsuit, Plaintiff Becky Barnes-Boers ("Plaintiff") seeks injunctive and monetary relief for alleged violations of the Americans with Disabilities Act, the Unruh Civil Rights Act, and the California Disabled Persons Act against Defendant Harold D. Tozier ("Defendant"). Plaintiff also asserts a claim for negligence against Defendant based on the aforementioned statutory violations. Plaintiff had some difficulty locating Defendant's whereabouts, and made two separate motions for service by publication (ECF Nos. 5 and 12). The Court denied both motions for service by publication. ECF Nos. 9 and 14.

    Before Plaintiff served Defendant with the Complaint, the Court stayed the action and referred it to the Court's Alternative Dispute Resolution ("ADR") Division for scheduling of a Settlement Conference before a magistrate judge. ECF No. 15. Six

months later, no settlement conference had been scheduled.  Accordingly, the Court ordered Plaintiff to file a written status report advising the Court as to the status of this case.  ECF No. 16.  Plaintiff's counsel submitted a declaration that Defendant had not been served because the case had been stayed.  ECF No. 18.

On August 5, 2015, Plaintiff claimed to have served Defendant by leaving a copy of the necessary papers with an office manager at his business and by mailing a copy of the papers to his purported mailing address.  ECF No. 19.  On August 31, 2015, Plaintiff requested entry of default as to Defendant for failure to respond to the Complaint.  ECF No. 20.  The Clerk of Court entered default in accordance with Plaintiff's request shortly.

Because this case has been continuously stayed since February 24, 2015, the Clerk of Court should not have entered default against Defendant on September 2, 2015.  Accordingly, the Entry of Default (ECF No. 21) is hereby VACATED.  Furthermore, the stay of proceedings issued on February 24, 2015 is LIFTED.  Plaintiff is hereby ordered to serve a copy of this Order on Defendant.  Defendant shall have 21 days from the date Plaintiff serves him with a copy of this Order to file an answer or other responsive pleading.  If Defendant fails to answer or otherwise respond to the Complaint within that time frame, Plaintiff may refile her Request for Entry of Default.

IT IS SO ORDERED.

Dated:  January 20, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT