UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY BARNES-BOERS,<br><br>  Plaintiff,<br><br>v.<br><br>HAROLD D TOZIER, in his individual and representative capacity as Trustee, Tozier Family Revocable Trust; and Does 1-10,<br><br>  Defendants. | Case: 2:13-CV-01555-MCE-CMK<br><br>**ORDER** |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) and the stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 18, 2017

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal; Order          Case: 2:13-CV-01555-MCE-CMK